# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   Farley, Nicole                              §        Case No.  09 B 30408
                                                     §
         Debtor                                      §
                                                     §

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1)   The case was filed on 08/19/2009.

   2)   The plan was confirmed on 10/07/2009.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

   5)   The case was dismissed on 01/20/2010.

   6)   Number of months from filing or conversion to last payment: 2.

   7)   Number of months case was pending: 7.

   8)   Total value of assets abandoned by court order: (NA).

   9)   Total value of assets exempted: $3,880.00.

   10)  Amount of unsecured claims discharged without full payment: $0.

   11)  All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $202.00 |
| Less amount refunded to debtor | $202.00 |

**NET RECEIPTS:** $0

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $0 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0

Attorney fees paid and disclosed by debtor   $0

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acorn Property Management | Unsecured | $2,269.00 | NA | NA | $0 | $0 |
| AFNI | Unsecured | $369.00 | NA | NA | $0 | $0 |
| AIS Services | Unsecured | $595.00 | NA | NA | $0 | $0 |
| Bay Area Credit Services | Unsecured | $685.00 | NA | NA | $0 | $0 |
| BJM Real Estate Solution | Unsecured | $1,608.00 | NA | NA | $0 | $0 |
| CB USA | Unsecured | $408.00 | NA | NA | $0 | $0 |
| CBCS | Unsecured | $369.00 | NA | NA | $0 | $0 |
| Citibank | Unsecured | $1,117.00 | NA | NA | $0 | $0 |
| Citibank | Unsecured | $2,357.00 | NA | NA | $0 | $0 |
| Citibank | Unsecured | $1,180.00 | NA | NA | $0 | $0 |
| Citibank | Unsecured | $3,175.00 | NA | NA | $0 | $0 |
| CMI | Unsecured | $1,053.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $1,081.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $374.00 | $634.63 | $634.63 | $0 | $0 |
| Complete Credit Solutions Inc | Unsecured | $510.00 | $432.82 | $432.82 | $0 | $0 |
| Continental Finance | Unsecured | $588.00 | NA | NA | $0 | $0 |
| CorTrust Bank | Unsecured | $413.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Credit Management Co. | Unsecured | $106.00 | NA | NA | $0 | $0 |
| Education Financial Services | Unsecured | $975.00 | NA | NA | $0 | $0 |
| Educational Credit Management Corp | Unsecured | NA | $301.28 | $301.28 | $0 | $0 |
| First Bank Of Delaware | Unsecured | $533.00 | NA | NA | $0 | $0 |
| First National Credit Card | Unsecured | $527.00 | NA | NA | $0 | $0 |
| Fmci Mass Market | Unsecured | NA | $160.98 | $160.98 | $0 | $0 |
| HSBC | Unsecured | $1,195.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $96.00 | NA | NA | $0 | $0 |
| Illinois Student Assistance Commission | Unsecured | NA | $2,919.13 | $2,919.13 | $0 | $0 |
| MCI Telecommunications | Unsecured | $369.00 | NA | NA | $0 | $0 |
| MCI Telecommunications | Unsecured | $161.00 | NA | NA | $0 | $0 |
| Melanie Fitness Center | Unsecured | NA | $408.00 | $408.00 | $0 | $0 |
| Midland Credit Management | Unsecured | $668.00 | $686.12 | $686.12 | $0 | $0 |
| Nelnet II | Unsecured | $1,021.00 | NA | NA | $0 | $0 |
| Nelnet II | Unsecured | $721.00 | NA | NA | $0 | $0 |
| Nelnet II | Unsecured | $900.00 | NA | NA | $0 | $0 |
| Nelnet II | Unsecured | $190.00 | NA | NA | $0 | $0 |
| Northeast Credit Collection | Unsecured | $174.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | NA | $2,840.97 | $2,840.97 | $0 | $0 |
| Peoples Energy Corp | Unsecured | $2,637.00 | NA | NA | $0 | $0 |
| Pinnacle Fincial Group Inc | Unsecured | $312.00 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $42.00 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $98.00 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | NA | $1,608.26 | $1,608.26 | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $1,608.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $1,489.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | NA | $1,559.83 | $1,559.83 | $0 | $0 |
| Sallie Mae | Unsecured | $890.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | NA | $3,110.33 | $3,110.33 | $0 | $0 |
| Sallie Mae | Unsecured | NA | $1,600.00 | $1,600.00 | $0 | $0 |
| Sallie Mae | Unsecured | NA | $887.87 | $887.87 | $0 | $0 |
| TCF Bank | Unsecured | $185.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $965.00 | $1,075.11 | $1,075.11 | $0 | $0 |
| Wachovia Bank | Unsecured | $301.00 | NA | NA | $0 | $0 |
| Walmart | Unsecured | $595.00 | NA | NA | $0 | $0 |
| West Asset Management | Unsecured | $684.00 | NA | NA | $0 | $0 |
| Westwood College | Unsecured | $2,360.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WOW Internet & Cable | Unsecured | $106.00 | NA | NA | $0 | $0 |
| WOW Internet & Cable | Unsecured | $948.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $0 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $18,225.33 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0 |
| Disbursements to Creditors | $0 |
| **TOTAL DISBURSEMENTS:** | $0 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: March 24, 2010     By: /s/ MARILYN O. MARSHALL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)